# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

NATHANIEL RHODES JR.,  :  No. 177 MM 2017
:
Petitioner  :
:
:
:
v.  :
:
:
:
COMMONWEALTH OF PENNSYLVANIA,  :
:
Respondent  :

## ORDER

**PER CURIAM**

    **AND NOW**, this 29th day of December, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus and/or Extraordinary Relief is DENIED.